# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD, | CASE NO. 1:11-cv-00101-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM AS PREMATURE |
| v. | |
| D. L. DeAZEVEDO, et al., | (Doc. 19) |
| Defendants. | |

Plaintiff Timothy Howard, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 20, 2011. On May 3, 2012, Plaintiff filed a motion seeking the issuance of a subpoena duces tecum to non-party Kathleen Allison.

The discovery phase of this litigation is not yet open. Therefore, Plaintiff's motion is premature and it shall be denied. Plaintiff is directed to paragraph 8 of the First Informational Order, filed on January 20, 2011.

Once discovery is open, Plaintiff is informed of the following requirements. Plaintiff may be entitled to the issuance of a subpoena commanding the production of documents from a non-party, Fed. R. Civ. P. 45, and to service of the subpoena by the United States Marshal, 28 U.S.C. 1915(d). However, the Court will consider granting such a request *only if* the documents sought from the non-party are not equally available to Plaintiff and are not obtainable from Defendant through a request for the production of documents. Fed. R. Civ. P. 34. If Plaintiff wishes to make a request for the issuance of a records subpoena, he may file a motion requesting the issuance of a subpoena duces tecum that (1) identifies with specificity the documents sought and from whom, and (2) makes a showing in the motion that the records are only obtainable through that third party.

As set forth above, Plaintiff's motion for the issuance of a subpoena duces tecum is premature and it is HEREBY DENIED on that ground.

IT IS SO ORDERED.

**Dated:   May 10, 2012**                                  /s/ Sheila K. Oberto
                                                                          UNITED STATES MAGISTRATE JUDGE