# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD, | CASE NO. 1:11-cv-00101-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE |
| v. | |
| D. L. DeAZEVEDO, et al., | (Doc. 47) |
| Defendants. | |

Plaintiff Timothy Howard, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 20, 2011, and a scheduling order was issued on December 11, 2012. This action is currently in the discovery phase, and on June 14, 2013, Defendants filed a motion seeking leave to depose Plaintiff by videoconference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   June 17, 2013**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE