# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD, | Case No. 1:11-cv-00101-AWI-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION AS UNNECESSARY |
| v. | (Doc. 67) |
| D. L. DeAZEVEDO, et al., | |
| Defendants. | |

Plaintiff Timothy Howard, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 20, 2011. On November 25, 2013, Plaintiff filed an opposition to Defendants' motion for summary judgment, and on December 2, 2013, Plaintiff filed a motion seeking leave to file the "oversize" opposition. (Doc. 67.)

Plaintiff cites to "CivLR 7.1(h)" in support of his motion. (Doc. 67.) However, neither the Federal Rules of Civil Procedure nor the Local Rules for the Eastern District of California has a Rule 7.1(h), and the parties in this case are not subject to twenty-five page brief limit in any event. Defendants' motion for summary judgment was submitted upon the filing of their reply on December 3, 2013, and the parties may anticipate a ruling in due course. Local Rule 230(*l*).

///
///
///
///

Accordingly, Plaintiff's motion for leave to file an oversize opposition is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

Dated: **June 21, 2014**                               **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE