1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

TIMOTHY HOWARD,

Case No. 1:11-cv-00101-AWI-SKO (PC)

11

    Plaintiff,

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, DENYING

12

    v.

DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT, AND REFERRING MATTER

13

D. L. DeAZEVEDO, et al.,

BACK TO MAGISTRATE JUDGE TO SET
FOR TRIAL

14

    Defendants.

15

(Docs. 56 and 75)

_____/

16

17       Plaintiff Timothy Howard, a state prisoner proceeding pro se and in forma pauperis, filed

18 this civil rights action pursuant to 42 U.S.C. § 1983 on January 20, 2011.  This action for damages

19 is proceeding on Plaintiff's amended complaint against Defendants DeAzevedo, Paz, and Stephens

20 for retaliating against Plaintiff by searching his cell and confiscating or destroying his personal

21 property, in violation of the First Amendment; against Defendant DeAzevedo for retaliating

22 against Plaintiff by issuing him a false Rules Violation Report; and against Defendant James for

23 depriving Plaintiff of his right to a fair disciplinary hearing by an impartial decision maker, in

24 violation of the Due Process Clause of the Fourteenth Amendment.

25       The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

26 636(b)(1)(B) and Local Rule 302.  On July 11, 2014, the Magistrate Judge filed a Findings and

27 Recommendations recommending Defendants' motion for summary judgment be denied.  The

28 parties did not file objections.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

2   *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

3   and Recommendations to be supported by the record and by proper analysis.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.    The Findings and Recommendations, filed on July 11, 2014, is adopted in full;

6    2.    Defendants' motion for summary judgment, filed on October 18, 2013, is

7    DENIED; and

8    3.    This matter is referred back to the Magistrate Judge to set for trial.

9

10   IT IS SO ORDERED.

11   Dated:   August 13, 2014           _____

SENIOR  DISTRICT  JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28