1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY HOWARD,                          Case No. 1:11-cv-00101-AWI-SKO (PC)

11            Plaintiff,                      ORDER DENYING MOTION AS MOOT,
                                             VACATING FINDINGS AND
12        v.                                  RECOMMENDATIONS AS MOOT, AND
                                             DISMISSING ACTION, WITH PREJUDICE,
13   D. L. DeAZEVEDO, et al.,                 PURSUANT TO THE PARTIES' NOTICE
                                             OF VOLUNTARY DISMISSAL
14            Defendants.
                                             (Docs. 105, 109, and 110)
15   _____/

16

17        On September 28, 2015, the parties filed a stipulation for voluntary dismissal, with

     prejudice, with each party bearing his own litigation costs and attorney's fee.[1]  Pursuant to Fed. R.
18
     Civ. P. 41(a)(1)(A)(ii), this case has no closed.
19
          Accordingly, Defendants' pending motion to enforce the settlement agreement is DENIED
20
     as moot, the pending findings and recommendations are VACATED as moot, and the Clerk of the
21
     Court shall close this case pursuant to the parties' stipulation for voluntary dismissal with
22
     prejudice.
23

24   IT IS SO ORDERED.

25   Dated:   October 2, 2015                    _____

26                                               SENIOR  DISTRICT  JUDGE

27

28   _____
     [1] Plaintiff Timothy Howard and Defendants DeAzevedo, Paz, Stephens, and James.